IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JUSTIN M. RAVER                                                                      PLAINTIFF

       v.                          CIVIL NO. 3:18-cv-3108-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                       DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Justin Raver, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner"). (ECF No. 1). On March 4, 2019, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that his case be dismissed without prejudice. (ECF No. 13). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 5th day of March, 2019.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE